Form 13-1
**FORM 13**
**UNITED STATES COURT OF INTERNATIONAL TRADE**
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by **GRUNFELD, DESIDERIO, LEBOWITZ, SILVERMAN & KLESTADT LLP**
(Name of attorney of record)

on behalf of Braha Industries Inc in the matter of BRAHA INDUSTRIES INC v. UNITED STATES, et. al., Court No. 25-00429.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

   Not Applicable

2. Indicate whether the party on whose behalf this Form is being filed is [X] or is not [ ] the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

   Not applicable.

*/s/ Erik D. Smithweiss*                                December 8, 2025
GRUNFELD, DESIDERIO, LEBOWITZ                           Date
SILVERMAN & KLESTADT LLP
707 Wilshire Boulevard
Suite 4150
Los Angeles, CA 90017-3720
(213) 452-0863
Esmithweiss@gdlsk.com

(As added Nov. 4, 1981, eff. Jan. 1, 1982; and amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. Jan. 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025.)